**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| **IN RE:** | William Briganti | : | **Case No.:** | 23-12790-pmm |
| | Debtor | : | **Chapter:** | 13 |

## ORDER

The Court, having considered the Debtor's Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, and Documents filed on **September 28, 2023**, finds that extending the deadline for the debtor to file the schedules, statements, documents, and the Chapter 13 plan will not have an adverse impact on the debtor's estate, creditors, or case administration. Therefore,

**IT IS ORDERED THAT:**

1. The Debtor's Motion is **GRANTED**.

2. Pursuant to Bankruptcy Rule 1007(a)(5) and (c), the time within which the Debtor must file the schedules, statements, and documents is extended through and including **October 9, 2023**.

Dated: September 28, 2023

_Patricia M. Mayer_

**Hon. Patricia M. Mayer**
**United States Bankruptcy Court Judge**

Cc:

PAUL MICHAEL MIDZAK on behalf of the Debtor
pmm@harborstonelaw.com, dem@harborstonelaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com