**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Briganti                                        CHAPTER 13
                      Debtor(s)
                                                               BKY. NO. 23-12790 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
27 Sep 2023, 16:55:07, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322