United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-12790-pmm

William Briganti                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                        Page 1 of 2

Date Rcvd: Sep 28, 2023                   Form ID: pdf900                           Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + William Briganti, 1115 Rapps Dam Rd., Phoenixville, PA 19460-1949 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Sep 29 2023 01:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 01:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL MICHAEL MIDZAK | on behalf of Debtor William Briganti pmm@harborstonelaw.com |

District/off: 0313-2                    User: admin                                      Page 2 of 2

Date Rcvd: Sep 28, 2023                 Form ID: pdf900                                   Total Noticed: 3

dem@harborstonelaw.com;midzak.paulb122472@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**   William Briganti                    :   **Case No.:**   23-12790-pmm

                              Debtor   :   **Chapter:**   13

**ORDER**

The Court, having considered the Debtor's Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, and Documents filed on **September 28, 2023**, finds that extending the deadline for the debtor to file the schedules, statements, documents, and the Chapter 13 plan will not have an adverse impact on the debtor's estate, creditors, or case administration. Therefore,

**IT IS ORDERED THAT:**

1. The Debtor's Motion is **GRANTED**.

2. Pursuant to Bankruptcy Rule 1007(a)(5) and (c), the time within which the Debtor must file the schedules, statements, and documents is extended through and including **October 9, 2023**.

Dated: September 28, 2023

*Patricia M. Mayer*

**Hon. Patricia M. Mayer**
**United States Bankruptcy Court Judge**

Cc:

PAUL MICHAEL MIDZAK on behalf of the Debtor
pmm@harborstonelaw.com, dem@harborstonelaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com