**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  23-12790-PMM** |
| **WILLIAM BRIGANTI** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  1115 RAPPS DAM RD, PHOENIXVILLE, PA 19460 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******0281**

NOW COMES Guaranteed Rate, Inc., by and through its attorney Brock and Scott, PLLC,

pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and,

pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and

hearings; that it receive copies of all documents; and be added to the matrix to be served at the

addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

ServiceMac, LLC
9726 Old Bailes Road
Suite 200
Fort Mill, South Carolina 29707

Please take notice that the undersigned hereby appears as counsel for Guaranteed Rate, Inc.

pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant

case noted above and should not be construed as unlimited representation of the Creditor with

23-30342 BKPLN01



respect to any and all matters, proceedings, or actions that may be taken in the instant case or any

associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,


/s/ **Andrew Spivack**
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

23-30342 BKPLN01