United States Bankruptcy Court
Eastern District of Pennsylvania

In re   William Briganti                                              Case No.   23-12790-pmm
        Debtor                                                        Chapter    13

## PAYMENT ADVICES / EMPLOYEE INCOME RECORDS

    Kindly find the attached pre-filing income records for the above-captioned debtor. Thank you.

Dated: 11/24/2023

        Respectfully Submitted,

        By: /s/ Paul M. Midzak
        Paul M. Midzak
        Harborstone Law LLP
        40 W. Evergreen Ave., Ste 101
        Philadelphia, PA 19118
        267-713-9212
        Attorney for the Debtor

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

**Earnings Statement**

Period Beginning: 09/03/2023
Period Ending: 09/16/2023
Pay Date: 09/22/2023

ADP

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0

WILLIAM BRIGANTI
1115 RAPPS DAM ROAD
PHOENIXVILLE  PA 19460

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5320.36 | | 5,320.36 | 100,312.04 |
| Holiday | | 8.00 | | |
| Weeknd shift | | | | 72.00 |
| **Gross Pay** | | | **$5,320.36** | 101,509.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -789.51 | 15,204.39 |
| | Social Security Tax | -302.08 | 5,793.50 |
| | Medicare Tax | -70.65 | 1,354.93 |
| | PA State Income Tax | -149.46 | 2,866.59 |
| | Upper Chiche Income Tax | -48.68 | 933.71 |
| | Upper Chiche Local Svc Tax | -2.00 | 38.00 |
| | PA SUI Tax | -3.73 | 71.06 |
| | **Other** | | |
| | Dental125 | -3.89* | 70.02 |
| | MED125 | -448.01* | 8,064.18 |
| | 401K Loan | -205.18 | 3,898.42 |
| | 401K$ | -319.22* | 6,090.50 |
| | Garnishment | | 770.51 |
| | **Net Pay** | **$2,977.95** | |
| | Checking | -2,977.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$4,549.24

**Other Benefits and Information** | this period | total to date
---|---|---
Er Match | 159.61 | 3,045.25
Gtl | 3.66 | 68.64
Pto Bal Hours | 92.79 |

**Important Notes**
BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

Advice number: 00000380343
Pay date: 09/22/2023



Deposited to the account of
WILLIAM BRIGANTI

| account number | transit ABA | amount |
|---|---|---|
| ███████ | xxxx xxxx | $2,977.95 |

**NON-NEGOTIABLE**

NK9  200595  004051  P  0000360229  1

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

## Earnings Statement 

Period Beginning: 08/20/2023
Period Ending: 09/02/2023
Pay Date: 09/08/2023

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0

**WILLIAM BRIGANTI**
**1115 RAPPS DAM ROAD**
**PHOENIXVILLE  PA  19460**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5320.36 | | 5,320.36 | 94,991.68 |
| PTO | | 8.00 | | |
| Weeknd shift | | | | 72.00 |
| **Gross Pay** | | | **$5,320.36** | 96,188.68 |

Your federal taxable wages this period are
$4,549.24

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 159.61 | 2,885.64 |
| Gtl | 3.66 | 64.98 |
| Pto Bal Hours | 86.02 | |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -789.51 | | 14,414.88 |
| Social Security Tax | -302.07 | | 5,491.42 |
| Medicare Tax | -70.64 | | 1,284.28 |
| PA State Income Tax | -149.46 | | 2,717.13 |
| Upper Chiche Income Tax | -48.68 | | 885.03 |
| Upper Chiche Local Svc Tax | -2.00 | | 36.00 |
| PA SUI Tax | -3.72 | | 67.33 |
| **Other** | | | |
| Dental125 | -3.89* | | 66.13 |
| MED125 | -448.01* | | 7,616.17 |
| 401K Loan | -205.18 | | 3,693.24 |
| 401K$ | -319.22* | | 5,771.28 |
| Garnishment | | | 770.51 |
| **Net Pay** | | | **$2,977.98** |
| Checking | -2,977.98 | | |
| **Net Check** | | | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

Advice number: 00000360229
Pay date: 09/08/2023

Deposited to the account of
**WILLIAM BRIGANTI**

| account number | transit ABA | amount |
|---|---|---|
| | xxxx xxxx | $2,977.98 |



**NON-NEGOTIABLE**

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

**Earnings Statement**

Period Beginning: 08/06/2023
Period Ending: 08/19/2023
Pay Date: 08/25/2023

ADP

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0

WILLIAM BRIGANTI
1115 RAPPS DAM ROAD
PHOENIXVILLE PA 19460

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5320.36 | | 5,320.36 | 89,671.32 |
| PTO | | 8.00 | | |
| Weeknd shift | | | | 72.00 |
| **Gross Pay** | | | **$5,320.36** | 90,643.32 |

Your federal taxable wages this period are $4,549.24

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -789.51 | 13,574.61 |
| | Social Security Tax | -302.07 | 5,175.40 |
| | Medicare Tax | -70.65 | 1,210.38 |
| | PA State Income Tax | -149.46 | 2,560.76 |
| | Upper Chiche Income Tax | -48.68 | 834.10 |
| | Upper Chiche Local Svc Tax | -2.00 | 34.00 |
| | PA SUI Tax | -3.72 | 63.45 |
| | **Other** | | |
| | Dental125 | -3.89* | 62.24 |
| | MED125 | -448.01* | 7,168.16 |
| | 401K Loan | -205.18 | 3,488.06 |
| | 401K$ | -319.22* | 5,438.56 |
| | Garnishment | | 770.51 |
| | **Net Pay** | **$2,977.97** | |
| | Checking | -2,977.97 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 159.61 | 2,719.28 |
| Gtl | 3.66 | 61.32 |
| Pto Bal Hours | 87.25 | |

**Important Notes**
BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

Advice number: 00000340342
Pay date: 08/25/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM BRIGANTI | | xxxx xxxx | $2,977.97 |

**NON-NEGOTIABLE**

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

**Earnings Statement**

ADP

| | |
|---|---|
| Period Beginning: | 07/23/2023 |
| Period Ending: | 08/05/2023 |
| Pay Date: | 08/11/2023 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    0

**WILLIAM BRIGANTI**
**1115 RAPPS DAM ROAD**
**PHOENIXVILLE PA 19460**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5320.36 | | 5,320.36 | 84,350.96 |
| Weeknd shift | | 9.00 | 36.00 | 72.00 |
| **Gross Pay** | | | **$5,356.36** | 85,322.96 |

Your federal taxable wages this period are $4,583.08

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -797.63 | 12,785.10 |
| | Social Security Tax | -304.30 | 4,873.33 |
| | Medicare Tax | -71.17 | 1,139.73 |
| | PA State Income Tax | -150.57 | 2,411.30 |
| | Upper Chiche Income Tax | -49.04 | 785.42 |
| | Upper Chiche Local Svc Tax | -2.00 | 32.00 |
| | PA SUI Tax | -3.75 | 59.73 |
| **Other** | | | |
| | Dental125 | -3.89* | 58.35 |
| | MED125 | -448.01* | 6,720.15 |
| | 401K Loan | -205.18 | 3,282.88 |
| | 401K$ | -321.38* | 5,119.34 |
| | Garnishment | | 770.51 |
| **Net Pay** | | | **$2,999.44** |
| | Checking | -2,999.44 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 160.69 | 2,559.67 |
| Gtl | 3.66 | 57.66 |
| Pto Bal Hours | 88.48 | |

**Important Notes**
BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061



| | |
|---|---|
| Advice number: | 00000320231 |
| Pay date: | 08/11/2023 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM BRIGANTI | | xxxx xxxx | $2,999.44 |

**NON-NEGOTIABLE**

pentec_health 

4 Creek Parkway - Suite A
Boothwyn, PA 19061

**Earnings Statement**

Period Beginning:  07/09/2023
Period Ending:     07/22/2023
Pay Date:          07/28/2023

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0

WILLIAM BRIGANTI
1115 RAPPS DAM ROAD
PHOENIXVILLE  PA  19460

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5320.36 | | 5,320.36 | 79,030.60 |
| Weeknd shift | | | | 36.00 |
| **Gross Pay** | | | **$5,320.36** | 79,966.60 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -789.51 | 11,987.47 |
| | Social Security Tax | -302.07 | 4,569.03 |
| | Medicare Tax | -70.64 | 1,068.56 |
| | PA State Income Tax | -149.46 | 2,260.73 |
| | Upper Chiche Income Tax | -48.68 | 736.38 |
| | Upper Chiche Local Svc Tax | -2.00 | 30.00 |
| | PA SUI Tax | -3.73 | 55.98 |
| | **Other** | | |
| | Dental125 | -3.89* | 54.46 |
| | MED125 | -448.01* | 6,272.14 |
| | 401K Loan | -205.18 | 3,077.70 |
| | 401K$ | -319.22* | 4,797.96 |
| | Garnishment | | 770.51 |
| | **Net Pay** | **$2,977.97** | |
| | Checking | -2,977.97 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $4,549.24

**Other Benefits and Information** | this period | total to date
---|---|---
Er Match | 159.61 | 2,398.98
Gtl | 3.66 | 54.00
Pto Bal Hours | 81.71 |

**Important Notes**
BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

pentec_health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

Advice number:  00000300430
Pay date:       07/28/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM BRIGANTI | xxxxxxxx3327 | xxxx xxxx | $2,977.97 |

**NON-NEGOTIABLE**

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061

**Earnings Statement**

ADP

| | |
|---|---|
| Period Beginning: | 06/25/2023 |
| Period Ending: | 07/08/2023 |
| Pay Date: | 07/14/2023 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0

**WILLIAM BRIGANTI**
**1115 RAPPS DAM ROAD**
**PHOENIXVILLE PA 19460**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5320.36 | | 5,320.36 | 73,710.24 |
| Holiday | | 8.00 | | |
| Weeknd shift | | | | 36.00 |
| **Gross Pay** | | | **$5,320.36** | 74,646.24 |

Your federal taxable wages this period are
$4,549.24

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -789.51 | 11,197.96 |
| | Social Security Tax | -302.07 | 4,266.96 |
| | Medicare Tax | -70.65 | 997.92 |
| | PA State Income Tax | -149.46 | 2,111.27 |
| | Upper Chiche Income Tax | -48.68 | 687.70 |
| | Upper Chiche Local Svc Tax | -2.00 | 28.00 |
| | PA SUI Tax | -3.72 | 52.25 |
| **Other** | | | |
| | Dental125 | -3.89* | 50.57 |
| | MED125 | -448.01* | 5,824.13 |
| | 401K Loan | -205.18 | 2,872.52 |
| | 401K$ | -319.22* | 4,478.74 |
| | Garnishment | | 770.51 |
| **Net Pay** | | | **$2,977.97** |
| | Checking | -2,977.97 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 159.61 | 2,239.37 |
| Gtl | 3.66 | 50.34 |
| Pto Bal Hours | 74.94 | |

**Important Notes**
BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

## pentec health

4 Creek Parkway - Suite A
Boothwyn, PA 19061



| Advice number: | 00000280223 |
|---|---|
| Pay date: | 07/14/2023 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM BRIGANTI | | xxxx xxxx | $2,977.97 |

**NON-NEGOTIABLE**