United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Briganti  
      Debtor

Case No. 23-12790-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 28, 2024      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Briganti, 1115 Rapps Dam Rd., Phoenixville, PA 19460-1949 |
| cr | + | Wilmington Savings Fund Society, FSB not in its in, 10 Research Parkway, Suite 2, Wallingford, CT 06492-1963 |
| 14815310 | | Amex, Correspondence/Bankruptcy, Correspondence/Bankruptcy PO Box 981540, El Paso, TX 79998-1540 |
| 14815312 | | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Citicorp Cr Srvs/Centralized Bkr PO Box, Saint Louis, MO 63179-0040 |
| 14815313 | + | Client Services (SynchB), 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 14828613 | + | Guaranteed Rate, Inc., Andrew Spivack, Esquire, Brock & Scott, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14833454 | + | Guaranteed Rate, Inc. c/o ServiceMac, 9726 Old Bailes Road, Suite. 200, Fort Mill, SC 29707-7882 |
| 14815322 | + | Harris & Harris, Ltd (PATPC), 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 14815323 | | Mainline Health, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14815324 | + | Nationwide Insurance, P.O. Box 182021 Columbus, OH 43272, Columbus, OH 43272-0001 |
| 14815325 | + | PA Turnpike Commission, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 14828461 | + | ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, South Carolina 29707-7882 |
| 14815334 | | Tower Health, PO Box 825602, Reading, PA 19612-5602 |
| 14815335 | + | Valley Forge Sewer Authority, 333 Pawling Road, Phoenixville, PA 19460-2656 |
| 14847763 | + | Wilmington Savings Fund Society ,et al, C/O Ryan Starks, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 29 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 29 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14818376 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 29 2024 00:27:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14826812 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:38:53 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14815308 | | Email/Text: backoffice@affirm.com | Feb 29 2024 00:32:00 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14825424 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 11:08:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14815309 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 11:09:03 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 14824617 | + | Email/Text: documentfiling@lciinc.com | Feb 29 2024 00:27:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14815311 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:39:16 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14815314 | + | Email/Text: documentfiling@lciinc.com | | |

Case 23-12790-pmm    Doc 32    Filed 03/01/24    Entered 03/02/24 00:33:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 29 2024 00:27:00 | Comcast, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 14815316 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:27:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14815315 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:27:00 | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 14815317 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 29 2024 00:32:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14815318 | | Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 00:32:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 14818782 | | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:27:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14815319 | | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:27:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14815320 | | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:27:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14815321 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 29 2024 00:32:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 14833080 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14818866 | ^ | MEBN | Feb 29 2024 00:24:54 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14832432 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:39:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14826494 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 00:32:00 | Midland Credit Management, P.O. Box 2037, Warren, MI 48090-2037 |
| 14815326 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 00:27:00 | PNC Bank, Attn Bankruptcy, PO Box 94982 Mailstop BR-YB58-01-05, Cleveland, OH 44101 |
| 14815327 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 00:27:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14832176 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:38:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14815328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:39:49 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd,, Norfolk, VA 23502 |
| 14847764 | + | Email/Text: BKMAIL@planethomelending.com | Feb 29 2024 00:27:00 | Planet Home Lending, LLC, 10 Research Parkway, Suite 2, Wallingford, Connecticut 06492-1963 |
| 14833394 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:27:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14828460 | + | Email/Text: EBN@brockandscott.com | Feb 29 2024 00:27:00 | ServiceMac, LLC, c/o Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14815329 | | Email/Text: bankruptcy@sw-credit.com | Feb 29 2024 00:32:00 | Southwest Credit Systems, PO Box 622001, Dallas, TX 75262-2001 |
| 14815330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:45 | Syncb/HVAC, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14815331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:46 | Syncb/Verizon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 14815332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:38:52 | Synchrony Bank (Lowes)*, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14815333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

|  |  | Feb 29 2024 00:39:47 | Synchrony Bank*, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| --- | --- | --- | --- |
| 14830077 | + Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 00:32:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Guaranteed Rate  Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| PAUL MICHAEL MIDZAK | on behalf of Debtor William Briganti pmm@harborstonelaw.com dem@harborstonelaw.com;midzak.paulb122472@notify.bestcase.com |
| STEPHEN R. STARKS | on behalf of Creditor Wilmington Savings Fund Society  FSB not in its individual capacity but solely as trustee for GWST T ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　WILLIAM BRIGANTI<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-12790-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 27, 2024**

　　　　　　　　　　　　　　　　　　／Patricia M. Mayer／　　　　　　
　　　　　　　　　　　　　　　　　　Honorable Patricia M. Mayer
　　　　　　　　　　　　　　　　　　Bankruptcy Judge